AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Derrick L Middleton,

    Plaintiff

v.

STATE OF GEORGIA; CHATHAM COUNTY OF GEORGIA,

    Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV421-319

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated July 11, 2022, Plaintiff's complaint is hereby dismissed without prejudice. This action stands closed.

July 11, 2022
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020